UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH<br><br>            Plaintiff,<br><br>    v.<br><br>CHRONES<br>A.K. SCRIBNER<br>            Defendant. | CV F 06-0237 OWW DLB<br><br>ORDER DISMISSING ACTION<br>FOR LACK OF PROSECUTION |

   It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

      IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: September 28, 2006         /s/ OLIVER W. WANGER
                                  _____
                                  OLIVER W. WANGER
                                  UNITED STATES DISTRICT JUDGE

1